[Criminal No. 103.]

WALTER STEINBROOK, Appellant, v. TERRITORY OF ARIZONA, Respondent.

APPEAL from the District Court of the Fourth Judicial District in and for the County of Yavapai.   J. J. Hawkins, Judge.

J. W. Wright, for Appellant.

Thomas B. Satterwhite, Attorney-General, for Respondent.

January 28, 1895.   Affirmed.

---

[Civil No. 463.]

R. C. WOODRUFF, as Cashier of the Prescott National Bank, a Corporation, Appellant, v. YAVAPAI COUNTY, IN THE TERRITORY OF ARIZONA, Appellee.

APPEAL from the District Court of the Fourth Judicial District in and for the County of Yavapai.   John J. Hawkins, Judge.

Herndon & Norris, Charles W. Wright, for Appellant.

Robert E. Morrison, District Attorney, for Appellee.

January 30, 1895.   Reversed.

---

[Civil No. 464.]

FLORENCE   PUBLISHING   COMPANY,   Appellant,   v. ROBERT WILLIAMS, Appellee.

APPEAL from the District Court of the Second Judicial District in and for the County of Pinal.   Owen T. Rouse, Judge.

E. J. Edwards, for Appellee.

January 31, 1895.   Dismissed.